

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-21-00503-CR

Michael **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-08-00092-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief was due on March 7, 2022. On March 14, 2022, appellant filed a motion for leave to file late brief concurrent with appellant's brief. Appellant's motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court